```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
DOMINGOS LUGAO PETROCELI,                  :    21cv3675 (DLC)
                                           :
                        Plaintiff,         :    ORDER
                                           :
            -v-                            :
                                           :
U.S DEPARTMENT OF JUSTICE, et al.,         :
                                           :
                        Defendants.        :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On April 23, 2021, Domingos Lugão Petroceli, proceeding pro se, filed a document styled as a "Petition for Judicial Action Indemnity per Violation United States Codes Title 18 Section §3771 Crime Victim Rights and Title 18 Section §3663 Order of Restitution," which was construed as a civil complaint. In his filing, Petroceli describes himself as a victim of a financial crime committed by Arthur Budovsky, who was convicted in this District in 13cr368. Petroceli seeks recovery of certain funds allegedly belonging to him that were forfeited to the Government by Budovsky and his co-defendant.

Petroceli's current filing is not the first occasion on which he has sought this relief. Petroceli has also filed his petition for recovery in 13cr368. On May 21, 2021, the Government provided Petroceli with a petition for remission he may file with the Department of Justice. An Order of May 25,

2021 terminated Petroceli's motion in 13cr368 and instructed Petroceli that he may file the petition with the Department of Justice. Accordingly, it is hereby

ORDERED that Petroceli may file a petition for remission with the Department of Justice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment for the defendants and close this case.

A copy of this Order will be emailed by chambers to Petroceli at dlpfxcapital@gmail.com.

Dated:   New York, New York
         August 6, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge