# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DOMINGOS LUGAO PETROCELI,

                Plaintiff,                          21 **CIVIL** 3675 (DLC)

        -against-                               **JUDGMENT**

U.S. DEPARTMENT OF JUSTICE, et al.,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2021, Petroceli may file a petition for remission with the Department of Justice, judgment is entered for defendants, and this case is closed.

**Dated:** New York, New York
          August 6, 2021

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                            **BY:**
                                                      Deputy Clerk