```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DOMINGOS LUGAO PETROCELI,                :    21cv3675 (DLC)
                                         :
                     Plaintiff,          :    ORDER
                                         :
          -v-                            :
                                         :
U.S DEPARTMENT OF JUSTICE, et al.,       :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Judgment in the above-captioned case filed by Domingos Lugão Petroceli, proceeding pro se, was entered for the defendants on August 6, 2021. The Order of August 6 permitted Petroceli to file a petition for remission with the U.S. Department of Justice in order to seek recovery of certain funds allegedly belonging to him that were forfeited to the Government by a defendant convicted in this District in the action bearing the docket number 13cr368.

On December 21, 2021, Petroceli filed a document styled as a "Agreement to pay a Fine for Case 1:21-cv-03675." The document requested an "urgent agreement in this case for the payment of the Order of Remission" and included a copy of the August 6 Order. The document also requested "a quick Judgment to convict the FBI and the U.S. Department of Justice to pay a fine." No order of remission has been entered in this case.

On May 26 and May 27, 2022, Petroceli sent two identical emails with email attachments to the Chamber's email inbox. The emails from Petroceli have been filed publicly on ECF. The emails bear the subject line "REQUEST FOR URGENT HELP" and demand additional sums from the Department of Justice. The one-page PDF attachment to each email explains Petroceli's need for payment. An email appearing to originate from Santander Bank was also sent to the Chamber's email inbox on May 27. This email has been filed under seal and may be viewed by the parties. The email is in Portuguese and includes an email address for Petroceli. The email attachment appears to contain the bank account number of an account belonging to Petroceli. It is hereby

ORDERED that Petroceli's requests are denied.

IT IS FURTHER ORDERED that Petroceli cease submitting communications, and causing communications to be submitted, to the Chambers email inbox. Any further such communications shall be ignored.

A copy of this Order will be emailed by Chambers to Petroceli at dlpfxcapital@gmail.com.

Dated:   New York, New York
         May 27, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge