UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DOMINGOS LUGAO PETROCELI,               :        21cv3675 (DLC)
                                        :
                    Plaintiff,          :           ORDER
                                        :
          -v-                           :
                                        :
U.S DEPARTMENT OF JUSTICE, et al.,      :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    Plaintiff filed this action seeking to participate in the
recovery in United States v. Budovsky, No. 13cr368 (DLC).  On
August 6, 2021, the Court closed this case after instructing
plaintiff that the proper method to pursue his requested
recovery is to file a petition for remission with the Department
of Justice.  On September 29, 2022, the plaintiff filed a letter
asserting that the Department of Justice has not processed his
claim for relief.  Accordingly, it is hereby

    ORDERED that the Department of Justice shall file a
response to plaintiff's letter by December 9.

    A copy of this Order will be emailed by Chambers to

Petroceli at dlpfxcapital@gmail.com.

Dated:      New York, New York
            October 26, 2022

                                    _____
                                        DENISE COTE
                              United States District Judge